**486**

■

### Clarence HARRISON

v.

### FORD MOTOR COMPANY and Workmen's Compensation Board of Kentucky.

Court of Appeals of Kentucky.

March 2, 1973.

Rehearing Denied May 4, 1973.

John Frith Stewart, Robert M. Lindsay, Segal, Isenberg, Sales & Stewart, Louisville, for appellant.

James M. Graves, William P. Swain, Boehl, Stopher, Graves & Deindoerfer, Louisville, for appellees.

Memorandum Opinion of the Court by Commissioner GARDNER, Affirming.*

■

### David B. GINTER, Appellant,

v.

### COMMONWEALTH of Kentucky, Appellee.

Court of Appeals of Kentucky.

March 23, 1973.

Perry R. White, Jr., Lexington, for appellant.

Ed Hancock, Atty. Gen., Kenneth A. Howe, Jr., Asst. Atty. Gen., Frankfort, for appellee.

PER CURIAM denying motion for appeal.*

* Opinion ordered not to be published.